■ BOHEMIAN BRETHREN PRESBYTERIAN CHURCH Also Known as JAN HUS CHURCH (UNITED PRESBYTERIAN), Respondent, v GREEK ARCHDIOCESAN CATHEDRAL OF THE HOLY TRINITY, Also Known as HELLENIC EASTERN ORTHODOX CHURCH OF NEW YORK, Also Known as GREEK ORTHODOX CATHEDRAL OF NEW YORK, Also Known as GREEK CATHEDRAL OF THE HOLTY TRINITY, Appellant.—Order, Supreme Court, New York County, entered April 25, 1978, denying the branch of defendant's motion to dismiss the complaint on the grounds that it fails to state a cause of action, that the action is barred by section 2001 of the Real Property Actions and Proceedings Law and that the action is barred by laches, unanimously affirmed, without costs and disbursements. We take this occasion to observe that the instant matter is governed by the rationale set forth in *Kossoff v Rathgeb-Walsh* (3 NY2d 583). Apart from this observation, we perceive no reason warranting departure from the result arrived at by Special Term, where the motion was solely pursuant to CPLR 3211 (subd [a], par 7). (See *Rovello v Orofino Realty Co.*, 40 NY2d 633.) Concur—Kupferman, J. P., Birns, Fein, Lupiano and Yesawich, JJ. [94 Misc 2d 841.]

■ ANONYMOUS, Appellant, v ANONYMOUS, Respondent.—Order, Supreme Court, New York County, entered December 1, 1978, amending the caption of this action and for other relief, so far as appealed from is unanimously affirmed, without costs. Special Term was justified in interpreting the plaintiff's position as not objecting and indeed consenting to the provisions appealed from. Our affirmance is without prejudice to modification of these provisons on proper application at Special Term (or in the case of the proceeding in the Family Court, to the Family Court). Of course the provision for redaction does not authorize any physical alteration or redaction of the original tapes. For purposes of identification, all papers captioned in the name of "Anonymous v. Anonymous" in this case should also carry opposite the caption the New York County Clerk's Index No. 33238/1978. Concur—Sullivan, J. P., Lane, Markewich, Silverman and Ross, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDGAR SANCHEZ, Appellant.—Judgment, Supreme Court, New York County, rendered on May 31, 1978, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Birns, J. P., Fein, Sandler, Bloom and Lane, JJ.